UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:14-cr-00208-MOC-DSC

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **PAUL BURKS,** | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on the government's Motion to Appoint Special Master. Having considered the government's motion and reviewed the pleadings, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that the government's Motion to Appoint Special Master (#12) is GRANTED, and Kenneth D. Bell is appointed as Special Master in accordance with 18 U.S.C. §§ 1956(b)(4) and 3664(d)(6), and shall accomplish the following tasks: (1) identify victims; (2) provide notification to such victims pursuant to 18 U.S.C. §§ 3771(b)(1) and 3771(c)(1); (3) fashion a proposed restitution order; and (4) receive restitution payments for appropriate distribution to victims in accordance with the court's restitution order.

Signed: November 19, 2014

Max O. Cogburn Jr.
United States District Judge