IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:14-CR-208-MOC-DSC

| UNITED STATES OF AMERICA, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) | **ORDER** |
|  | ) |  |
| PAUL BURKS, | ) |  |
|  | ) |  |
| Defendant. | ) |  |
|  | ) |  |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding the status of the case, as well as the status of Defendant's counsel. This matter has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate.

In consultation with Judge Cogburn, the undersigned has decided to hold a hearing on **Thursday, December 18, 2014**. Each party shall file **under seal** a brief of **ten (10) pages or less**, addressing: (1) whether the hearing should be sealed; and (2) any issues regarding Defendant's legal representation.

**IT IS, THEREFORE, ORDERED** that the parties shall appear for a hearing on **Thursday, December 18, 2014** at **2:00 p.m.**

**IT IS FURTHER ORDERED** that the parties shall each file a brief as directed herein, **under seal**, on or before **5:00 p.m.** on **Wednesday, December 17, 2014**.

**SO ORDERED .**

Signed: December 12, 2014

David C. Keesler
United States Magistrate Judge