UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:14-cr-00208-MOC-DSC

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **PAUL BURKS,** | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on defendant's Motion for Status Conference. Having considered defendant's motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendant's Motion for Status Conference (#37) is GRANTED, and the Clerk of Court is instructed to schedule a status conference for 10 a.m. on March 21, 2016, immediately following calendar call. Respective counsel should bring their calendars so that the possibility of a peremptory setting can be discussed.

Signed: March 1, 2016

Max O. Cogburn Jr.
United States District Judge