UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:14-cr-00208-MOC-DSC

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **PAUL BURKS,** | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on review of redlined versions of the PSRs of co-defendants Dawn Wright-Olivares and Daniel Olivares, which have been submitted under seal and in accordance with the court's earlier Order (#46). After reviewing such submissions *in camera*, the court finds that the proposed redactions provide defendant with facts contained in the PSRs related to the alleged scheme and facts as to the co-defendants that could be used for impeachment purpose if they were to testify. The court further concurs with the government that the portions that have been redacted are not discoverable.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the government disclose to defendant the PSRs as redacted.

Signed: April 22, 2016

Max O. Cogburn Jr.
United States District Judge